*The American Life Insurance and Trust Company* v. *Granville Kimball and others.* J. V. L. Pruyn, for complainants; J. Rhoades, for defendant Spencer. Decree referring it to a master to compute amount due upon complainant's bond and mortgage, and declaring the rights of the several parties in the mortgaged premises.

*John G. Coster* v. *James B. Clark et al.* W. Silliman, for appellant; J. P. Hall, for respondents. Decided that where a decree has been made by consent of the parties, which is erroneous, it cannot be corrected by a rehearing or an appeal. That if such a decree was obtained by fraud or corin, the remedy of the party aggrieved thereby is by an original bill.

*Opening decrees entered by consent.*

Order of the vice chancellor dismissing appellant's petition affirmed, with costs.

*David C. Judson et al.* v. *The Rossie Galena Company et al.* R. W. Peckham, for Bancker, the petitioner. J. Rhoades, D. Burwell, J. V. L. Pruyn, J. G. Hopkins, and G. Bowman, for the complainants and the other parties to the petition. Petition dismissed with costs to such of the creditors as appeared, to oppose the application; which costs are fixed at seven dollars for the plaintiffs in each suit at law whose counsel appeared in opposition to the prayer of the petition.

*James Reid, ex'r, &c.* v. *Jonathan Mynderse et al., ex'rs, &c.* J. C. Yates, for complainant; H. G. Wheaton, for defendants. Decree of the vice chancellor of the third circuit affirmed, with costs.

*William H. Brown et al.* v. *The Mayor &c. of New-York et al.* J. Rhoades and N. B. Blunt, for complainant; C. A. Cowdrey, for defendants. Order for re-argument of motion.